# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>iPhone model A1549, IMEI: 359303065700507, CURRENTLY LOCATED AT the ATF Anchorage Office | ) ) ) ) ) ) ) Case No. 3:20:MJ-00096-DMS |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Alaska _____
*(identify the person or describe the property to be searched and give its location):*
Attachment A; hereto and incorporated herein by this reference.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
Attachment B; hereto and incorporated herein by this reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    March 18 2020
(not to exceed 10 days)

☐ in the daytime 6:00 a.m. to 10 p.m.    ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Deborah M. Smith
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____

Date and time issued:    4:17pm 3/4/20    [signature]
Judge's signature

City and state:    Anchorage, Alaska    Deborah M. Smith, U.S. Magistrate Judge
*Printed name and title*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:20:MJ-00096-DMS | 3/12/20  1500 | GARY Colbath |

Inventory made in the presence of:
Brittany Johnson

Inventory of the property taken and name of any person(s) seized:

phone data; photos, voice mails, etc

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/7/20

*Executing officer's signature*

THOMAS J. KING SSA
*Printed name and title*

Subscribed, sworn to, and returned before me this d...

Deborah Smith                8/26/21
DEBORAH M. SMITH                Date
U.S. Magistrate Judge