## ATTACHMENT B

1.      All records on the Device described in Attachment A that relate to violations of

Title 21 USC § 841 et seq., and involve Dorian TOPPS, including:

    a.  Lists of customers and related identifying information; *related to drug and firearm trafficking;* *3/4/20 DS*

    b.  Types, amounts, and prices of drugs trafficked as well as dates, places, and
amounts of specific transactions;

    c.  Information related to sources of drugs (including names, addresses, phone
numbers, or any other identifying information);

    d.  Information recording Dorian TOPPS' schedule or travel from October 23, 2019
to the present;

    e.  Bank records, checks, credit card bills, account information, and other financial
records, *related to drug and firearm trafficking;* *3/4/20 DS*

    f.  Records of telephonic calls and/or log files including incoming, outgoing and
missed telephone calls to or from unidentified co-conspirators, suppliers, dealers,
couriers or customers, and voicemails which may be related to various drug and
firearms trafficking transactions.

    g.  Records of Short Message Service (SMS) text messages and/or log files of sent,
received or draft SMS text messages to and from unidentified co-conspirators,
suppliers, dealers, couriers or customers, related to various drug and firearms
trafficking transactions.

    h.  Records of Multimedia Messages Service (MMS) messages and/or log files of
sent, received or draft multimedia messages containing digital image files, audio
files or video files that may depict Dorian TOPPS and/or other unidentified co-

*MAR - 4 2020*

conspirators, suppliers, dealers, couriers or customers with controlled substances, large sums of money, guns and expensive assets (i.e. jewelry, luxury cars).

i. Digital multimedia including image files, audio files and video files stored on the devices that may depict TOPPS and/or unidentified co-conspirators, suppliers, dealers, couriers or customers with controlled substances, large sums of money, guns and expensive assets (i.e. jewelry, luxury cars), as well as GPS information pertaining to such photographs.

2. Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history, *related to* *drug and firearm trafficking.* *JS* *3/4/20*

*MAR - 4 2020*